IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00244-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**DAVID DELANEY**,

       Defendant.

_____

## MOTION TO CONTINUE SENTENCING HEARING
_____

David Delaney, by and through undersigned counsel, respectfully requests the Court reset his sentencing hearing presently set for December 20, 2019. Doc. 25. In support of this motion, he states:

1.     Undersigned counsel has a jury trial in case number 19-cr-00350-REB set to commence on December 16, 2019. Counsel currently anticipates that case will proceed to trial. Although that trial is scheduled to end on December 19, 2019, it is a Durango Docket case, and counsel may not return to Denver before December 20, 2019.

2.     Counsel has conferred with AUSA Alecia Riewerts who does not oppose this motion. Ms. Riewerts further informed counsel that her case agent, who may testify at the hearing, is on leave on December 20, 2019.

3. Counsel is conducting additional investigation relevant to sentencing and the 18 U.S.C. § 3553(a) factors. That investigation includes, among other things, requesting records from various governmental agencies. A number of counsel's requests remain outstanding.

4. Ms. Riewerts has no objection to rescheduling the hearing. Counsel also contacted SUSPO Ryan Kinsella who has no objection.

Wherefore, Mr. Delaney respectfully requests this Court continue Mr. Delaney's presently set Sentencing Hearing. Mr. Delaney further requests the parties be allowed to contact chambers to reschedule the hearing.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/Laura H. Suelau
    LAURA H. SUELAU
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    laura.suelau@fd.org
    Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Alecia Riewerts, AUSA
    Alecia.Reiwerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    David Delaney    (via U.S. Email)

    s/Laura H. Suelau
    LAURA H. SUELAU
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    laura.suelau@fd.org
    Attorney for Defendant